IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta
DEC 21 2017
James N. Hatten, Clerk
By: /s/ Deputy Clerk

| | |
|---|---|
| LASHANDRA BATTLE, | |
| Plaintiff | |
| v. | CIVIL ACTION FILE NO. 1:16-CV-4490-ODE-WEJ |
| FINISH LINE, INC., | |
| Defendant | |

## ORDER

This civil action is before the Court on the Final Report and Recommendation of United States Magistrate Judge Walter E. Johnson filed November 22, 2017 [Doc. 14] ("R&R"). No objections have been filed.

In the R&R, Judge Johnson recommends that Defendant's Motion to Dismiss be granted and that this case be dismissed.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, Defendant's Motion to Dismiss [Doc. 13] is GRANTED and this case is DISMISSED.

SO ORDERED, this 21 day of December, 2017.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE